| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Shawn Dickerson<br>Brittany Dickerson<br>47 Bombay<br>Irvine, California 92618<br><br>☒ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY<br><br>**FILED**<br>SEP 13 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Shawn Dickerson<br>Brittany Dickerson<br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11472-TA<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9/13/2022    Shawn Dickerson                              /s/ Shawn Dickerson
                   Printed name of Debtor 1                     Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☒ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/13/2022     Brittany Dickerson
                     Printed name of Debtor 2                           Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 2                              F 1002-1.EMP.INCOME.DEC